LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
GREAT EASTERN SHIPPING CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREAT EASTERN SHIPPING CO. LTD.,                    **ECF CASE**

                Plaintiff,

      - against -                                    07 Civ. 8373 (DLC)

PHOENIX SHIPPING CORPORATION

                Defendant.
-----------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff GREAT EASTERN SHIPPING CO, LTD., certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

Dated: September 26, 2007

                LYONS & FLOOD, LLP
                Attorneys for Plaintiff
                GREAT EASTERN SHIPPING CO. LTD.,

By:  _Kirk M. Lyons_
      Kirk M. Lyons (KL-1568)
      65 West 36th Street, 7th Floor
      New York, New York 10018
      (212) 594-2400