UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GREAT EASTERN SHIPPING CO. LTD.,

                Plaintiff,

- against -

PHOENIX SHIPPING CORPORATION,

                Defendant.

------------------------------------------------------------X

ECF CASE

07 CIV 8373

## ORDER APPOINTING PERSON TO SERVE PROCESS

Upon motion of plaintiff for an order appointing Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate, or any employee or agent of Lyons & Flood, LLP, to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action, and it appearing that an employee or designate of Gotham Process Services or an employee of Lyons & Flood, LLP, is a qualified person over 18 years of age, and is not a party to this action, and that the expediting of the service of process will result from such appointment,

IT IS ORDERED that Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate or an employee or agent of Lyons & Flood, LLP, be and is hereby appointed to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action.

Dated: New York, New York
      September 26, 2007

                                            SO ORDERED:

                                            _____
                                            U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07

JUDGE COTE