USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
GREAT EASTERN SHIPPING CO. LTD.,     :
                        Plaintiff,   :
                                     :          07 Civ. 8373 (DLC)
           -v-                       :
                                     :               ORDER
PHOENIX SHIPPING CORPORATION,        :
and PHOENIX SHIPPING PTY LTD.,       :
                        Defendants.  :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

   Plaintiff Great Eastern Shipping Co. Ltd. obtained on October 12, 2007 an Amended Ex Parte Order for Process of Maritime Attachment and Garnishment in the amount of $4,089,433.37. On October 17, defendants Phoenix Shipping Corporation and Phoenix Shipping Pty Ltd. filed a proposed order to show cause why an order vacating the ex parte order of attachment should not issue. Having heard the parties at a conference on October 17, 2007, it is hereby

   ORDERED that the Amended Ex Parte Order for Process of Maritime Attachment and Garnishment issued on October 12, 2007 is vacated.

   IT IS HEREBY FURTHER ORDERED that the October 12 order shall be reissued to allow attachment in the amount of

$178,582.05 only.

SO ORDERED.

Dated:   New York, New York
         October 17, 2007

                                             _____
                                                        DENISE COTE
                                              United States District Judge