```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
GREAT EASTERN SHIPPING CO. LTD.,         :
                         Plaintiff,      :
                                         :
              -v-                        :
                                         :
PHOENIX SHIPPING CORPORATION,            :
and PHOENIX SHIPPING PTY LTD.,           :
                         Defendants.     :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/07

07 Civ. 8373 (DLC)

ORDER OF
DISCONTINUANCE

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:    New York, New York
          December 4, 2007

DENISE COTE
United States District Judge