LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
GREAT EASTERN SHIPPING CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREAT EASTERN SHIPPING CO. LTD.,                                    **ECF CASE**

                    Plaintiff,

  - against -                                                       07 Civ. 8373 (DLC)

PHOENIX SHIPPING CORPORATION
and PHOENIX SHIPPING PTY LTD.,

                    Defendants.
-----------------------------------------------------------------X

## NOTICE OF MOTION

SIRS:

      PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, and all the prior pleadings and proceedings had herein, the undersigned will move this Court before the Honorable Denise L. Cote at the United States District Court House, located at 500 Pearl Street, New York, New York, as soon as counsel can be heard, for an Order granting the Motion for reconsideration, pursuant to Local Civil Rule 6.3, of the Court's December 4, 2007, Memorandum Opinion and Order, and for such other and further relief as the Court may deem just and proper.

Dated: December 10, 2007

LYONS & FLOOD, LLP
Attorneys for Plaintiff
GREAT EASTERN SHIPPING CO. LTD.

By: _____
Kirk M. Lyons (KL-1568)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

U:\kmhldocs\2563036\Motions\Notice of Motion.DOC

## CERTIFICATE OF SERVICE

Kirk M. Lyons, an attorney duly admitted to practice before this Honorable Court, affirms on this 10th day of December 2007, I served true copies of the foregoing, by U.S. Mail, first-class postage pre-paid, to:

Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005

Attn.: Michael E. Unger, Esq.

_____
Kirk M. Lyons

U:\kmhldocs\2563036\Motions\Notice of Motion.DOC