```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GREAT EASTERN SHIPPING CO. LTD.,        :
                         Plaintiff,     :
                                        :
             -v-                        :
                                        :
PHOENIX SHIPPING CORPORATION,           :
and PHOENIX SHIPPING PTY LTD.,          :
                         Defendants.    :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/07

07 Civ. 8373 (DLC)

ORDER

DENISE COTE, District Judge:

Plaintiff has moved for reconsideration of this Court's December 4, 2007 Order requiring Kirk M. Lyons, Jon Weber, and all members of the law firm Lyons & Flood, LLP, to cite certain caselaw in particular maritime actions.  That motion is granted in part: The December 4 Order is vacated and shall be replaced by the following order:

> It is hereby ORDERED that Kirk M. Lyons and all members of the law firm Lyons & Flood, LLP, shall, in cases where the parties are governed by the Inter-Club New York Produce Exchange Agreement of 1996 and the law of England, in any application for ex parte relief based on a contingent indemnity claim, bring to the court's attention the split of authorities in the Southern District of New York concerning the viability of plaintiff's application for maritime attachment.

SO ORDERED.

Dated:    New York, New York
          December 12, 2007

                              _____
                                    DENISE COTE
                              United States District Judge